Adam E. Jones (OSB# 152429)
**FORSBERG & UMLAUF, P.S.**
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Telephone: 206.689.8500
Fax: 206.689.8501
Email: ajones@foum.law

Brian A. Kelly (SBN 124738) (*pro hac vice* pending)
**DUANE MORRIS LLP**
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Fax: 415.957.3001
E-mail: bakelly@duanemorris.com

Attorneys for Defendants
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON AND CERTAIN LONDON MARKET
COMPANIES

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| In re:<br><br>KAISER GYPSUM COMPANY, INC. and HANSON PERMANENTE CEMENT, INC. (f/k/a Kaiser Cement Corporation),<br><br>Debtors.<br><br>KAISER GYPSUM COMPANY, INC. and HANSON PERMANENTE CEMENT, INC. (f/k/a Kaiser Cement Corporation),<br><br>Plaintiffs,<br><br>v.<br><br>AIU INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.:<br><br>**LONDON MARKET INSURERS' MOTION TO TRANSFER VENUE**<br><br>**REQUEST FOR ORAL ARGUMENT**<br><br>**DEMAND FOR JURY TRIAL** |

## I. CERTIFICATE OF COMPLIANCE

Pursuant to L.B.R. 7007-1(a), the parties made a good faith effort through a telephone conference to resolve the issues raised herein and have been unable to do so.

## II. MOTION

Pursuant 28 U.S.C. §§ 1412 and/or 1404, Defendants Certain Underwriters at Lloyd's, London and Certain London Market Companies ("London Market Insurers" or "LMI") move for transfer of venue of this action to the Western District of North Carolina, for referral to the Bankruptcy Court of the Western District of North Carolina. Transfer is warranted because it is more efficient for the underlying-bankruptcy forum to adjudicate all claims affecting the estate. It is also warranted because no parties are Oregon citizens.

This Motion is based on the attached Brief Supporting Motion to Transfer and any exhibits thereto; the Request for Judicial Notice In Support of Motion to Transfer and any exhibits thereto; the files and records in this action; and such other evidence as may be introduced at or before the time of the hearing.

London Market Insurers request oral argument. This motion is brought in good faith and not for purposes of delay.

Dated: October 20, 2016  **FORSBERG & UMLAUF, P.S.**

By: */s/ Adam E. Jones*
Adam E. Jones (OSB# 152429)

# CERTIFICATE OF SERVICE

On the date given below I caused to be served the foregoing *LONDON MARKET INSURERS' MOTION TO TRANSFER VENUE* on the following individuals (see attached List) via U.S. Mail:

**SIGNED** this 20th day of October, 2016, at Seattle, Washington.


/s/ Christina Young-Robinson
Christina Young-Robinson

| PARTY | SERVICE ADDRESS |
|---|---|
| Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. | C/O<br>C. Marie Eckert<br>Miller Nash Graham & Dunn LLP<br>3400 U.S. Bancorp Tower<br>111 S.W. Fifth Avenue<br>Portland, OR 97204<br><br>Kay M. Brady<br>Michael J. Lynch<br>D. Syed Ali<br>K&L Gates, LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222 |
| AIU Insurance Company | 175 Water Street, 24th Floor New York, NY 10038 |
| Allianz Underwriters Insurance Company *(f/k/a Allianz Underwriters, Inc.)* | 225 W. Washington Street Suite 1800<br>Chicago, IL 60606-3484 |
| Allstate Insurance Company *(as successor-in-interest to Northbrook Excess and Surplus Insurance Company f/k/a Northbrook Insurance Company)* | 3075 Sanders Road<br>Suite G2H<br>Northbrook, IL 60062-7127 |
| Associated International Insurance Company | Ten Parkway North<br>Deerfield, IL 60015 |
| Columbia Casualty Company | 333 South Wabash Avenue<br>Chicago, IL 60604 |
| The Continental Insurance Company *(for itself and as successor-in-interest to Harbor Insurance Company AND as successor to certain policies issued by London Guarantee & Accident Company of New York)* | 333 South Wabash Avenue<br>Chicago, IL 60604 |
| Executive Risk Indemnity, Inc. *(f/k/a Executive Re Indemnity Inc. f/k/a ERIC Reinsurance Company f/k/a American Excess Insurance Company)* | 436 Walnut Street<br>Philadelphia, PA 19106 |
| Fireman's Fund Insurance Company | 225 W. Washington Street Suite 1800<br>Chicago, IL 60606-3484 |
| First State Insurance Company | 100 High Street, Suite 800<br>Boston, MA 02110 |

| PARTY | SERVICE ADDRESS |
|---|---|
| Lexington Insurance Company | 99 High Street, 23rd Floor<br>Boston, MA 02110 |
| London & Edinburgh Insurance Company Ltd. | C/O The Hartford<br>One Hartford Plaza<br>Hartford, CT 06155-0001 |
| Munich Reinsurance America, Inc. *(f/k/a American Re-Insurance Company)* | 555 College Road East<br>Princeton, New Jersey 08543-5241 |
| National Casualty Company | 8877 North Gainey Center Drive Suite A<br>Scottsdale, AZ 85258 |
| National Fire Insurance Company of Hartford *(f/k/a Transcontinental Insurance Company)* | 333 South Wabash Avenue,<br>Chicago, IL 60604 |
| National Union Fire Insurance Company of Pittsburgh, PA *(for itself and as successor by merger to Landmark Insurance Company)* | 175 Water Street<br>18th Floor<br>New York, NY 10038 |
| New England Reinsurance Corporation | 100 High Street, Suite 800<br>Boston, MA 02110 |
| Old Republic Insurance Company | 133 Oakland Avenue<br>Greensburg, PA 15601-0789 |
| Sentry Insurance a Mutual Company *(as assumptive reinsurer of Great Southwest Fire Insurance Company)* | 1800 North Point Drive Stevens Point, WI 54481 |
| TIG Insurance Company *(as successor by merger to International Insurance Company, as successor by merger to International Surplus Lines Insurance Company)* AND *as successor by merger to Fairmont Premier Insurance Company, f/k/a TIG Premier Insurance Company, f/k/a Transamerica Premier Insurance Company)* | 250 Commercial Street<br>Suite 5000<br>Manchester, NH 03101-1116 |

| PARTY | SERVICE ADDRESS |
|---|---|
| Transport Indemnity Company | R&Q Solutions LLC<br>On behalf of Transport Indemnity Company<br>2 Logan Square<br>100 North 18th Street, Suite 600<br>Philadelphia, PA 19103 |
| Truck Insurance Exchange | 6301 Owensmouth Avenue<br>Woodland Hills, CA 91367 |
| Twin City Fire Insurance Company | One Hartford Plaza<br>Hartford, Connecticut 06155-0001 |
| United States Fire Insurance Company *(as successor by novation to Industrial Indemnity Company)* | 305 Madison Avenue<br>Morristown, NJ 07960 |
| Westport Insurance Corporation *(as successor by merger to Employers Reinsurance Corporation)* | 5200 Metcalf Avenue<br>Overland Park, KS 66202-1391 |
| U.S Trustee | U.S. Bankruptcy Administrator Office<br>402 W. Trade Street, Suite 200<br>Charlotte, NC 28202-1669 |
| Assurance Compagniet Baltica-Skandinavia Aktieselskab | C/O Tryg A/S<br>Klausdalsbrovej 601<br>2750 Ballerup<br>Denmark |
| Granite State Insurance Company | 500 West Madison Street Suite 3000<br>Chicago, IL 60661 |
| The Insurance Company of the State of Pennsylvania | 175 Water Street, 18th Floor New York, NY 10038 |