Thomas W. Brown, OSB No. 801779
Internet e-mail: tbrown@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

   Attorneys for Defendants
   AIU Insurance Company; Granite State Insurance Company,
   Insurance Company of the State of Pennsylvania,
   Lexington Insurance Company, and
   National Union Fire Insurance Company of Pittsburgh, PA

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>OUT OF DISTRICT & BANKRUPTCY CASE<br><br>KAISER GYPSUM COMPANY, INC. and HANSON PERMANENTE CEMENT, INC. (f/k/a Kaiser Cement Corporation,<br><br>Debtors. | Case No. 00-99999-rld7 |
| KAISER GYPSUM COMPANY, INC. and HANSON PERMANENTE CEMENT, INC. (f/k/a Kaiser Cement Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AIU INSURANCE COMPANY; ALLIANZ UNDERWRITERS INSURANCE COMPANY (f/k/a Allianz Underwriters, Inc.); ALLSTATE INSURANCE COMPANY (as successor-in-interest to Northbrook Excess and Surplus Insurance Company f/k/a Northbrook Insurance Company); ASSOCIATED INTERNATIONAL INSURANCE COMPANY; COLUMBIA CASUALTY COMPANY; THE CONTINENTAL INSURANCE COMPANY (for itself and as successor-in-interest to Harbor Insurance Company AND as successor to certain policies issued by London Guarantee & Accident Company of | Adv. Proc. No. 16-03127-rld<br><br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Page 1 - **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**
motion

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Case 16-03127-rld    Doc 8    Filed 10/26/16

New York); EXECUTIVE RISK INDEMNITY, INC. (f/k/a Executive Re Indemnity Inc. f/k/a ERIC Reinsurance Company f/k/a American Excess Insurance Company); FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; GRANITE STATE INSURANCE COMPANY; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; LEXINGTON INSURANCE COMPANY; LONDON & EDINBURGH INSURANCE COMPANY LTD.; MUNICH REINSURANCE AMERICA, INC. (f/k/a American Re-Insurance Company); NATIONAL CASUALTY COMPANY; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD (f/k/a Transcontinental Insurance Company); NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (for itself and as successor by merger to Landmark Insurance Company); NEW ENGLAND REINSURANCE CORPORATION; OLD REPUBLIC INSURANCE COMPANY; SENTRY INSURANCE A MUTUAL COMPANY (as assumptive reinsurer of Great Southwest Fire Insurance Company); TIG INSURANCE COMPANY (as successor by merger to International Insurance Company, as successor by merger to International Surplus Lines Insurance Company) AND as successor by merger to Fairmont Premier Insurance Company, f/k/a TIG Premier Insurance Company, f/k/a Transamerica Premier Insurance Company); TRANSPORT INDEMNITY COMPANY; TRUCK INSURANCE EXCHANGE; TWIN CITY FIRE INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY (as successor by novation to Industrial Indemnity Company); WESTPORT INSURANCE CORPORATION (as successor by merger to Employers Reinsurance Corporation); CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON; CERTAIN LONDON MARKET INSURANCE COMPANIES:
 ACCIDENT & CASUALTY INSURANCE COMPANY; ALBA GENERAL INSURANCE COMPANY LTD.; ANGLO FRENCH INSURANCE COMPANY LIMITED; THE ANGLO SAXON INSURANCE ASSOCIATION; ASSURANCE COMPAGNIET BALTICA-SKANDINAVIA

Page 2 - **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

motion

**Cosgrave Vergeer Kester LLP**
**Attorneys**
**888 SW Fifth Avenue, Suite 500**
**Portland, Oregon 97204**
**Telephone: (503) 323-9000 Facsimile: (503) 323-9019**

Case 16-03127-rld    Doc 8    Filed 10/26/16

AKTIESELSKAB; BALOISE FIRE INSURANCE COMPANY LIMITED; BRITTANY INSURANCE COMPANY; CX REINSURANCE COMPANY LIMITED (f/k/a CNA Reinsurance of London Limited); THE DOMINION INSURANCE COMPANY LIMITED; EXCESS INSURANCE COMPANY LIMITED; FIDELIDADE INSURANCE COMPANY; HARPER INSURANCE COMPANY LIMITED (f/k/a Turegum Insurance Company Limited); THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; THE LONDON AND EDINBURGH INSURANCE COMPANY LIMITED; MARKEL INTERNATIONAL INSURANCE COMPANY (f/k/a Terra Nova Insurance Company Limited); NATIONAL CASUALTY COMPANY OF AMERICA LTD.; NATIONAL CASUALTY COMPANY; RIVER THAMES INSURANCE COMPANY LIMITED; THE ROYAL SCOTTISH INSURANCE COMPANY LTD.; ST. KATHERINE INSURANCE COMPANY LIMITED; STRONGHOLD INSURANCE COMPANY LIMITED; TENECOM LIMITED (f/k/a Yasuda Fire and Marine Insurance Company (UK) Limited); TRENT INSURANCE COMPANY LIMITED; UNIONAMERICA INSURANCE COMPANY LIMITED; "WINTERTHUR" SWISS INSURANCE COMPANY; WORLD AUXILIARY INSURANCE CORPORATION LIMITED; ZURICH INTERNATIONAL LIMITED, and JOHN DOES 1-100,

Defendants.

Defendants AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA (AIG defendants) move for an extension of time from November 1, 2016, to December 1, 2016, to respond to plaintiffs' complaint.

Page 3 - **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

motion

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Case 16-03127-rld    Doc 8    Filed 10/26/16

This motion is made in good faith and not for any improper purpose and is supported by the declaration of Thomas W. Brown attached. Plaintiffs do not oppose this motion.

DATED: October 26, 2016

COSGRAVE VERGEER KESTER LLP

*/s/ Thomas W. Brown*

---
Thomas W. Brown, OSB No. 801779
Telephone: (503) 219-3806
Fax: (503) 323-9019
E-mail: tbrown@cosgravelaw.com

Attorneys for Defendants
AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA

Page 4 - **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**   motion

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Case 16-03127-rld    Doc 8    Filed 10/26/16

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

C. Marie Eckert
Miller Nash Graham & Dunn LLP
111 SW Fifth Avenue, Suite 3400
Portland, OR 97204
    AND
D. Syed Ali
Kay M. Brady
Michael J. Lynch
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
    Attorneys for Plaintiffs

Adam E. Jones
Forsberg & Umlauf, P.S.
501 Fifth Avenue, Suite 1400
Seattle, WA 98164
    Attorneys for Defendants Certain Underwriters at Lloyd's, London and Certain London Market companies

DATED: October 26, 2016

                                                          ***/s/ Thomas W. Brown***
                                                          Thomas W. Brown

Page 1 - **CERTIFICATE OF SERVICE**

motion

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Case 16-03127-rld    Doc 8    Filed 10/26/16

Thomas W. Brown, OSB No. 801779
Internet e-mail: tbrown@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Attorneys for Defendants
AIU Insurance Company; Granite State Insurance Company,
Insurance Company of the State of Pennsylvania,
Lexington Insurance Company, and
National Union Fire Insurance Company of Pittsburgh, PA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>OUT OF DISTRICT AND BANKRUPTCY CASE<br><br>KAISER GYPSUM COMPANY, INC. and HANSON PERMANENTE CEMENT, INC. (f/k/a Kaiser Cement Corporation),<br><br>Debtors. | Case No. 00-99999-rld7 |
| KAISER GYPSUM COMPANY, INC. and HANSON PERMANENTE CEMENT, INC. (f/k/a Kaiser Cement Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AIU INSURANCE COMPANY; ALLIANZ UNDERWRITERS INSURANCE COMPANY (f/k/a Allianz Underwriters, Inc.); ALLSTATE INSURANCE COMPANY (as successor-in-interest to Northbrook Excess and Surplus Insurance Company f/k/a Northbrook Insurance Company); ASSOCIATED INTERNATIONAL INSURANCE COMPANY; COLUMBIA CASUALTY COMPANY; THE CONTINENTAL INSURANCE COMPANY (for itself and as successor-in-interest to Harbor Insurance Company AND as | Adv. Proc. No. 16-03127-rld<br><br>**DECLARATION OF THOMAS W. BROWN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Page 1 - **DECLARATION OF THOMAS W. BROWN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**
decl TWB

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Case 16-03127-rld    Doc 8    Filed 10/26/16

successor to certain policies issued by London Guarantee & Accident Company of New York); EXECUTIVE RISK INDEMNITY, INC. (f/k/a Executive Re Indemnity Inc. f/k/a ERIC Reinsurance Company f/k/a American Excess Insurance Company); FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; GRANITE STATE INSURANCE COMPANY; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; LEXINGTON INSURANCE COMPANY; LONDON & EDINBURGH INSURANCE COMPANY LTD.; MUNICH REINSURANCE AMERICA, INC. (f/k/a American Re-Insurance Company); NATIONAL CASUALTY COMPANY; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD (f/k/a Transcontinental Insurance Company); NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (for itself and as successor by merger to Landmark Insurance Company); NEW ENGLAND REINSURANCE CORPORATION; OLD REPUBLIC INSURANCE COMPANY; SENTRY INSURANCE A MUTUAL COMPANY (as assumptive reinsurer of Great Southwest Fire Insurance Company); TIG INSURANCE COMPANY (as successor by merger to International Insurance Company, as successor by merger to International Surplus Lines Insurance Company) AND as successor by merger to Fairmont Premier Insurance Company, f/k/a TIG Premier Insurance Company, f/k/a Transamerica Premier Insurance Company); TRANSPORT INDEMNITY COMPANY; TRUCK INSURANCE EXCHANGE; TWIN CITY FIRE INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY (as successor by novation to Industrial Indemnity Company); WESTPORT INSURANCE CORPORATION (as successor by merger to Employers Reinsurance Corporation); CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON; CERTAIN LONDON MARKET INSURANCE COMPANIES: ACCIDENT & CASUALTY INSURANCE COMPANY; ALBA GENERAL INSURANCE COMPANY LTD.; ANGLO FRENCH INSURANCE COMPANY LIMITED; THE

Page 2 - **DECLARATION OF THOMAS W. BROWN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**  decl TWB

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Case 16-03127-rld    Doc 8    Filed 10/26/16

ANGLO SAXON INSURANCE ASSOCIATION; ASSURANCE COMPAGNIET BALTICA-SKANDINAVIA AKTIESELSKAB; BALOISE FIRE INSURANCE COMPANY LIMITED; BRITTANY INSURANCE COMPANY; CX REINSURANCE COMPANY LIMITED (f/k/a CNA Reinsurance of London Limited); THE DOMINION INSURANCE COMPANY LIMITED; EXCESS INSURANCE COMPANY LIMITED; FIDELIDADE INSURANCE COMPANY; HARPER INSURANCE COMPANY LIMITED (f/k/a Turegum Insurance Company Limited); THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; THE LONDON AND EDINBURGH INSURANCE COMPANY LIMITED; MARKEL INTERNATIONAL INSURANCE COMPANY (f/k/a Terra Nova Insurance Company Limited); NATIONAL CASUALTY COMPANY OF AMERICA LTD.; NATIONAL CASUALTY COMPANY; RIVER THAMES INSURANCE COMPANY LIMITED; THE ROYAL SCOTTISH INSURANCE COMPANY LTD.; ST. KATHERINE INSURANCE COMPANY LIMITED; STRONGHOLD INSURANCE COMPANY LIMITED; TENECOM LIMITED (f/k/a Yasuda Fire and Marine Insurance Company (UK) Limited); TRENT INSURANCE COMPANY LIMITED; UNIONAMERICA INSURANCE COMPANY LIMITED; "WINTERTHUR" SWISS INSURANCE COMPANY; WORLD AUXILIARY INSURANCE CORPORATION LIMITED; ZURICH INTERNATIONAL LIMITED, and JOHN DOES 1-100,

Defendant,

I, Thomas W. Brown, under penalty of perjury, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney for defendants AIU Insurance Company, Granite State Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA

Page 3 - **DECLARATION OF THOMAS W. BROWN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

decl TWB

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Case 16-03127-rld    Doc 8    Filed 10/26/16

(AIG defendants) in this adversary proceeding, filed on October 20, 2016, under 28 U.S.C § 1452(a) and Fed. R. Bankr. Proc. 9027(a).

2. Some or all of the AIG defendants appear to have been served with plaintiffs' summons and complaint on October 11, 2016. Under Fed. R. Bankr. Proc. 9027(g) that would make those AIG defendants' responsive pleading due by November 1, 2016.

3. My office was recently retained to represent the AIG defendants. The AIG defendants have also recently retained attorneys in San Francisco, California that regularly represent the AIG defendants in environmental coverage litigation in Oregon state and federal courts. The AIG defendants' attorneys need additional time to prepare and file a responsive pleading.

4. The AIG defendants request the court extend the deadline to file their response to plaintiffs' complaint for a period of thirty (30) days from November 1, 2016, to December 1, 2016.

5. I conferred by phone and email with plaintiffs' counsel, Marie Eckert, and plaintiffs do not oppose this motion.

6. This motion is made in good faith and not for any improper purpose.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED this 26th day of October, 2016, at Portland, OR

*/s/ Thomas W. Brown*
Thomas W. Brown

Page 4 - **DECLARATION OF THOMAS W. BROWN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**
decl TWB

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Case 16-03127-rld    Doc 8    Filed 10/26/16

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DECLARATION OF THOMAS W. BROWN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

C. Marie Eckert
Miller Nash Graham & Dunn LLP
111 SW Fifth Avenue, Suite 3400
Portland, OR 97204
    AND
D. Syed Ali
Kay M. Brady
Michael J. Lynch
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
    Attorneys for Plaintiffs

Adam E. Jones
Forsberg & Umlauf, P.S.
501 Fifth Avenue, Suite 1400
Seattle, WA 98164
    Attorneys for Defendants Certain Underwriters at Lloyd's, London and Certain London Market companies

DATED: October 26, 2016

                              */s/ Thomas W. Brown*
                              Thomas W. Brown

Page 1 - **CERTIFICATE OF SERVICE**

decl TWB

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Case 16-03127-rld    Doc 8    Filed 10/26/16