C. Marie Eckert, P.C., OSB No. 883490
marie.eckert@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Fax: 503.224.0155

Kay M. Brady (*pro hac vice* pending)
kay.brady@klgates.com
Michael J. Lynch (*pro hac vice* pending)
michael.lynch@klgates.com
D. Syed Ali (*pro hac vice* pending)
syed.ali@lkgates.com

K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412) 355-6500

Attorneys for Plaintiffs Kaiser Gypsum Company,
Inc. and Hanson Permanente Cement, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>OUT OF DISTRICT & BANKRUPTCY CASE<br><br>KAISER GYPSUM COMPANY, INC., and HANSON PERMANENTE CEMENT, INC. (f/k/a Kaiser Cement Corporation),<br><br>Debtors.<br><br>KAISER GYPSUM COMPANY, INC., and HANSON PERMANENTE CEMENT, INC. (f/k/a Kaiser Cement Corporation), | Adv. Proc. No. 16-03127-rld<br><br>Chapter 11<br><br>PLAINTIFFS' FED. R. BANKR. P. 9027(e)(3) RESPONSE TO LONDON MARKET INSURERS' NOTICE OF REMOVAL |

Page 1 of 6  Plaintiffs' Fed. R. Bankr. P. 9027(e)(3) Response to London Market Insurers' Notice of Removal

70132814.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Case 16-03127-rld    Doc 32    Filed 11/04/16

|  |  |
|---|---|
| Plaintiffs, | |
| v. | |
| AIU INSURANCE COMPANY et al., | |
| Defendants. | |

Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), Plaintiffs Kaiser Gypsum Company and Hanson Permanente Cement (collectively, "Kaiser") provide this statement in response to the Notice of Removal ("Notice") filed by Defendants Certain Underwriters at Lloyd's, London and Certain London Market Companies and, without waiving their right to seek remand of the case to the Circuit Court of the State of Oregon for the County of Multnomah, respond to the allegations contained in the Notice as follows:

1. Kaiser admits that upon removal this Action is non-core as alleged in paragraph 8 of the Notice.

2. Kaiser does not consent to the entry of any final orders or judgment by the Bankruptcy Judge.

3. To the extent necessary, Kaiser hereby asserts its right to a jury trial in this Action, as previously demanded in its Complaint filed in state court.

4. Unless expressly admitted, nothing herein shall constitute an admission to any allegation in the Notice.

**Page 2 of 6** Plaintiffs' Fed. R. Bankr. P. 9027(e)(3) Response to London Market Insurers' Notice of Removal

70132814.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Case 16-03127-rld    Doc 32    Filed 11/04/16

Kaiser intends shortly to file a motion to remand this Action to the state court.

DATED this 3rd day of November, 2016.

    MILLER NASH GRAHAM & DUNN LLP

/s/ C. Marie Eckert
C. Marie Eckert, P.C., OSB No. 883490
marie.eckert@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Kay M. Brady (pro hac vice pending)
kay.brady@klgates.com
Michael J. Lynch (pro hac vice pending)
michael.lynch@klgates.com
D. Syed Ali (pro hac vice pending)
Syed.ali@klgates.com
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

Attorneys for Plaintiffs Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. (f/k/a Kaiser Cement Corporation)

**Page 3 of 6**    Plaintiffs' Fed. R. Bankr. P. 9027(e)(3) Response to London Market Insurers' Notice of Removal

70132814.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Case 16-03127-rld    Doc 32    Filed 11/04/16

I certify that I served the foregoing Plaintiffs' Fed. R. Bankr. P. 9027(e)(3)
Response to London Market Insurers' Notice of Removal on:

| | |
|---|---|
| Thomas W. Brown<br>Cosgrave Vergeer Kester LLP<br>888 SW 5th Avenue, Suite 500<br>Portland, OR  97204<br>Phone:  503 323-9000<br>Fax:  503 232-9019<br>E-mail:  tbrown@cosgravelaw.com;<br>       tbrown@cvk-law.com<br><br>Adam E. Jones<br>Fosberg & Umlauf, P.S.<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA  98164-2047<br>Phone:  206-689-8501<br>E-mail:  ajones@foum.law<br><br>Attorney for Defendants AIU Insurance Company. Granite State Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA | Adam E. Jones<br>Fosberg & Umlauf, P.S.<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA  98164-2047<br>Phone:  206-689-8500<br>E-mail:  ajones@foum.law<br><br>Attorney for Defendants Allianz Underwriters Insurance Company, Allstate Insurance Company, Associated International Insurance Company, Columbia Casualty Company; The Continental Insurance Company, Executive Risk Indemnity, Inc., Fireman's Fund Insurance Company, Munich Reinsurance America, Inc., National Fire Insurance Company of Hartford, Old Republic Insurance Company, TIG Insurance Company, United States Fire Insurance Company, Certain Underwriters at Lloyd's of London, Certain London Market Insurance Companies, Accident & Casualty Insurance Company, Alba General Insurance Company Ltd., Anglo French Insurance Company Limited, The Anglo Saxon Insurance Association, Assurance Compagniet Baltica-Skandinavia Aktieselskab, Baloise Fire Insurance Company Limited, Brittany Insurance Company, CX Reinsurance Company Limited, The Dominion Insurance Company Limited, Excess Insurance Company Limited, Fidelidade Insurance Company, Harper Insurance Company Limited, The London and Edinburgh Insurance Company Limited, Markel International Insurance Company, National Casualty Company of America Ltd., River Thames Insurance Company Limited, The Royal Scottish Insurance Company Ltd., St. Katherine Insurance Company Limited, Stronghold Insurance Company Limited, Tenecom Limited, Trent Insurance Company Limited, UnionAmerica Insurance Company Limited, Winterthur Swiss Insurance Company, World Auxilliary Insurance Corporation Limited, Zurich International Limited, John Does 1-100, and Westport Insurance Corporation |

70132814.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Case 16-03127-rld    Doc 32    Filed 11/04/16

Damon L. Henrie
Katie L. Smith
Henrie & Smith, LLP
15455 SW Greenbrier Pkwy, Suite 125
Beaverton, OR  97006
Phone:  503-593-8548
E-mail:  dhenrie@henriesmith.com

Katherine M. Hance
James P. Ruggeri
Shipman & Goodwin LLP
1875 K. Street NW, Suite 600
Washington, D.C.  20006

Adam E. Jones
Fosberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164-2047
Phone:  206-689-8500
E-mail:  ajones@foum.law

Attorneys for First State Insurance Company, London & Edinburg Insurance Company, Ltd. New England Reinsurance Corporation, and Twin City Fire Insurance Company

Adam E. Jones
Fosberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164-2047
Phone:  206-689-8500
E-mail:  ajones@foum.law

Jay William Beattie
Jay W Beattie
Lindsay Hart LLP
1300 SW 5th Avenue,  Suite 3400
Portland, OR  97201
Phone:  503 226-7677
Fax:  503 226-7697
E-mail:  jbeattie@lindsayhart.com

Attorneys for Truck Insurance Exchange

Adam E. Jones
Fosberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164-2047
Phone:  206-689-8500
E-mail:  ajones@foum.law

Peter Jeffrey Mintzer
Selman Breitman LLP
800 Fifth Avenue, Suite 4100
Seattle, WA  98104-3100
Phone:  206-447-6461
Fax:  206-447-6461
E-mail:  pmintzer@selmanlaw.com

Attorneys for Defendants National Casualty Company, and Sentry Insurance a Mutual Company

Douglas R. Pahl
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR  97209
Phone:  503 727-2087
Fax:  503 727-2222
E-mail:  dpahl@perkinscoie.com

Attorneys for Owens Corning

Page 2 of 6    Certificate of Service

70132814.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Case 16-03127-rld    Doc 32    Filed 11/04/16

| Brandy A. Sargent | Adam E. Jones |
| --- | --- |
| Stoel Rives LLP | Fosberg & Umlauf, P.S. |
| 760 SW Ninth Avenue, Suite 3000 | 901 Fifth Avenue, Suite 1400 |
| Portland, OR 97205 | Seattle, WA 98164-2047 |
| Phone: 503 294-9888 | Phone: 206-689-8500 |
| Fax: 503 220-2480 | E-mail: ajones@foum.law |
| E-mail: brandy.sargent@stoel.com | |

Attorneys for Armstrong World Industries, Inc.

Joseph M. Vanleuven
Davis Wright Tremaine LLP
1300 SW 5th Avenue, Suite 2400
Portland, OR 97201
Phone: 503 778-5325
Fax: 503 778-5299
E-mail: joevanleuven@dwt.com

Attorneys for Transport Indemnity Company

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Overnight courier, delivery prepaid.**

DATED this 3rd day of November, 2016.

/s/ C. Marie Eckert
C. Marie Eckert, P.C., OSB No. 883490
marie.eckert@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Attorneys for Plaintiffs Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. (f/k/a Kaiser Cement Corporation)

Page 3 of 6   Certificate of Service

70132814.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Case 16-03127-rld    Doc 32    Filed 11/04/16