David M. Schoeggl
Oregon Bar No. 050317
**LANE POWELL PC**
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendants
Associated International Insurance Company;
TIG Insurance Company; and
United States Fire Insurance Company

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re | ) |
| | ) |
| KAISER GYPSUM COMPANY, INC. and HANSON PERMANENTE CEMENT, INC. (f/k/a Kaiser Cement Corporation), | ) ) ) ) CASE NO. 3:16-ap-3127 RLD |
| Debtors. | ) ) CERTAIN INSURERS' OPPOSITION TO ) MOTION TO REMAND |
| | ) |
| KAISER GYPSUM COMPANY, INC. and HANSON PERMANENTE CEMENT, INC. (f/k/a Kaiser Cement Corporation | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AIU INSURANCE COMPANY, et al., | ) ) |
| Defendants. | ) ) ) |

PAGE 1  OF 18    CERTAIN INSURERS' OPPOSITION TO MOTION TO REMAND

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

Defendants U.S. Fire Ins. Co.[1], TIG Ins. Co.[2], and Associated International Ins. Co. (collectively "Certain Insurers") submit this separate opposition to Kaiser's[3] Motion to Remand (Dkt. 55) requesting that the motion be denied for the reasons stated below.

*First*, Kaiser concedes that the day after it filed its Oregon state court action, it filed the North Carolina action seeking a discharge of its asbestos and pollution liabilities in a case styled *In re Kaiser*, et al., No. 16-31602 (the "North Carolina Bankruptcy"). Dkt. 55, p. 4. Kaiser also vigorously – and successfully – opposed a motion to transfer the venue of its bankruptcy case to the Western District of Washington. That opposition was based in part on Kaiser's contention that North Carolina was a convenient forum for all parties to litigate matters related to its reorganization, including matters related to the environmental liabilities that are the subject of the action before this Court. Specifically, the Debtors made the following statement in their opposition to the motion to transfer:

> That the parties in interest in these cases, including the Debtors, their creditors, their insurers, and the postpetition lender are located across the country and, in most instances, are far closer to North Carolina than Washington weighs heavily in favor of retaining these cases in North Carolina. A transfer to Washington would materially and needlessly increase the costs of these cases by requiring witnesses and professionals, who are predominately located on the East Coast, Midwest and Southwest, to travel across the country for hearings.

*In re Kaiser*, No. 16-31602, Dkt. 128 at 10-11.

---

[1] U.S. Fire is identified in the complaint as "United States Fire Insurance Company (as successor by novation to Industrial Indemnity Company."
[2] TIG is identified in the complaint as "TIG Insurance Company (as successor by merger to International Insurance Company, as successor by merger to International Surplus Lines Insurance Company) AND as successor by merger to Fairmont Premier Insurance Company, f/k/a TIG Premier Insurance Company, f/k/a Transamerica Premier Insurance Company)."
[3] The two debtors will collectively be referred to as "Kaiser."

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

Kaiser clearly expects that the environmental disputes will be resolved through the North Carolina Bankruptcy. In fact, the Debtors represented to the North Carolina court that they "intend to seek a bar date for non-asbestos claims and a discharge of their liabilities at the two environmental Sites." Dkt. 64 at 4. Kaiser has presented no persuasive reason why pollution coverage issues should be treated differently by litigating them in an Oregon state court. Nor does Kaiser's motion give any persuasive reason why North Carolina is a convenient forum to litigate the resolution of the environmental liabilities, but not its insurance coverage for those liabilities (even though all parties agree that the insurance coverage issues are non-core).

*Second*, and relatedly, Kaiser's statements in this case also refute its contention that North Carolina is an inconvenient forum. Not only did Kaiser itself choose the Western District of North Carolina to file its bankruptcy petition, it has also conceded that Oregon was chosen to increase Kaiser's chances of obtaining the application of Oregon law rather than for the convenience of witnesses and the parties. Dkt. 28 at 12.

*Third*, Kaiser's contention that the insurance issues "bear little relation to the main bankruptcy case," Motion to Remand (Dkt. 55) at 12, is self-evidently wrong. In light of Kaiser's apparently careful and decades-long structuring of the companies that were put into bankruptcy to strip them of the vast bulk of their assets other than the insurance policies, the insurance issues will clearly have a substantial effect on the North Carolina Bankruptcy case.

*Fourth*, the Debtors' motion to remand must be denied because there is no related state court proceeding to remand to. *Security Farms v. International Bhd. of Teamsters*, 124 F.3d 999, 1010 (9th Cir. 1997) (denying remand and explaining that remand based on mandatory

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

abstention was not appropriate where the state court proceeding had been "successfully removed . . . to federal court. No other related proceeding thereafter exists.").

Certain Insurers do not take a position on the other complex substantive issues raised by Kaiser and Underwriters in their respective briefs, other than to state that they are premature and should not be decided at this early stage of the litigation.

DATED: November 30, 2016

LANE POWELL PC

By  s/ David M. Schoeggl
    David M. Schoeggl, OSB No. 050317
    Telephone: 206.223.7383

Attorney for Defendants Associated International Insurance Company, TIG Insurance Company, and United States Fire Insurance Company

PAGE 4 OF 18     CERTAIN INSURERS' OPPOSITION TO MOTION TO REMAND

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

# CERTIFICATE OF SERVICE

On the date given below I caused to be served the foregoing CERTAIN INSURERS' OPPOSITION TO MOTION TO REMAND on the following individuals:

| | |
|---|---|
| Attorneys for Plaintiffs Kaiser Gypsum, Inc. and Hanson Permanente Cement, Inc.<br><br>C. Marie Eckert<br>Miller Nash LLP<br>111 SW Fifth Avenue, Suite 3400<br>Portland OR 97204<br>E-mail: marie.eckert@millernash.com<br><br>D. Syed Ali<br>Kay M. Brady<br>Michael J. Lynch<br>K&L Gates LLP<br>210 Sixth Avenue<br>Pittsburgh PA 15222<br>E-mails:<br>Syed.ali@klgates.com<br>Kay.brady@klgates.com<br><br>Gregory M. Gordon<br>Jones Day<br>2727 North Harwood<br>Dallas TX 75201<br>E-mail: gmgordon@jonesday.com | Attorneys for Defendant AIU Insurance Company<br><br>Thomas W. Brown<br>Cosgrave Vergeer Kester LLP<br>888 SW Fifth Avenue, Suiate 500<br>Portland OR 97204<br>E-mail: tbrown@cosgravelaw.com |
| Attorneys for Defendant Allianz Underwriters Insurance Company (f/k/a Allianz Underwriters, Inc.):<br><br>Jodi A. McDougall<br>Brendan Winslow-Nason<br>Cozen O'Connor<br>999 Third Ave #1900<br>Seattle WA 98104-4028<br>E-mail: jmcdougall@cozen.com<br>Bwinslow-nason@cozen.com<br><br>Mark D. Plevin<br>Crowell & Moring<br>275 Battery Street, 23rd floor<br>San Francisco CA 94111-330<br>E-mail: mplevin@crowell.com | Attorneys for Defendant Allstate Insurance Company (as successor-in-interest to Northbrook Excess and Surplus Insurance Company f/k/a Northbrook Insurance Company:<br><br>Richard A. Lee<br>Bodyfelt Mount LLP<br>319 SW Washington St<br>Suite 1200<br>Portland, OR 97204<br>E-mail: lee@bodyfeltmount.com |

PAGE 5 OF 18    CERTAIN INSURERS' OPPOSITION TO MOTION TO REMAND

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

| | |
|---|---|
| Attorneys for Defendant Accident & Casualty Insurance Company:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law | Attorneys for Defendant Columbia Casualty Company<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com |
| Attorneys for Defendant The Continental Insurance Company (for itself and as successor-in-interest to Harbor Insurance Company AND as successor to certain policies issued by London Guarantee & Accident Company of New York:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf | Attorneys for Defendant Executive Risk Indemnity, Inc. (f/k/a Executive Re Indemnity Inc., f/k/a Eric Reinsurance Company, f/k/a American Excess Insurance Company:<br><br>PRO SE<br>Executive Risk Indemnity, Inc.<br>436 Walnut Street<br>Philadelphia, PA 19106<br><br>via U.S. mail, postage prepaid. |

PAGE 6 OF 18        CERTAIN INSURERS' OPPOSITION TO MOTION TO REMAND

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

| | |
|---|---|
| 901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law | |
| Attorneys for Defendant Fireman's Fund Insurance Company:<br><br>Jodi A. McDougall<br>Brendan Winslow-Nason<br>Cozen O'Connor<br>999 Third Ave #1900<br>Seattle WA 98104-4028<br>E-mail:<br>jmcdougall@cozen.com<br>bwinslow-nason@cozen.com<br><br>Mark D. Plevin<br>Crowell & Moring<br>275 Battery Street, 23rd floor<br>San Francisco CA 94111-330<br>E-mail: mplevin@crowell.com | Attorneys for Defendant First State Insurance Company:<br><br>Damon L. Henrie<br>Henrie & Smith, LLP<br>15455 NW Greenbrier Pkwy, Suite 125<br>Beaverton OR 97006<br>E-mail: dhenrie@henriesmith.com |
| Attorneys for Defendant Granite State Insurance Company:<br><br>Thomas W. Brown<br>Cosgrave Vergeer Kester LLP<br>888 SW Fifth Avenue, Suite 500<br>Portland OR 97204<br>E-mail: tbrown@cosgravelaw.com | Attorneys for Defendant The Insurance Company of the State of Pennsylvania<br><br>Thomas W. Brown<br>Cosgrave Vergeer Kester LLP<br>888 SW Fifth Avenue, Suite 500<br>Portland OR 97204<br>E-mail: tbrown@cosgravelaw.com |
| Attorneys for Defendant Lexington Insurance Company:<br><br>Thomas W. Brown<br>Cosgrave Vergeer Kester LLP<br>888 SW Fifth Avenue, Suite 500<br>Portland OR 97204<br>E-mail: tbrown@cosgravelaw.com | Attorneys for Defendant London & Edinburgh Insurance Company:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200 |

PAGE 7 OF 18      CERTAIN INSURERS' OPPOSITION TO MOTION TO REMAND

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

|  | San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Damon L. Henrie<br>Henrie & Smith, LLP<br>15455 NW Greenbrier Pkwy, Suite 125<br>Beaverton OR 97006<br>E-mail: dhenrie@henriesmith.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |
|---|---|
| Attorneys for Defendant Munich Reinsurance America, Inc. (f/k/a American Re-Insurance Company:<br><br>PRO SE<br><br>Munich Reinsurance America, Inc.<br>555 College Road East<br>Princeton, NJ 08543-5241<br><br>via U.S. First Class Mail, postage prepaid | Attorneys for Defendant National Casualty Company:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law<br><br>Peter Mintzer<br>Selman Breitman LLO<br>800 5th Avenue, Suite 4100<br>Seattle WA 98104<br>E-mail: pmintzer@selmanlaw.com |

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

| Attorneys for Defendant National Fire Insurance Company of Hartford (f/k/a Transcontinental Insurance Company) | Attorneys for National Union Fire Insurance Company of Pittsburgh, PA (for itself and as successor by merger to Landmark Insurance Company: |
|---|---|
| Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law | Thomas W. Brown<br>Cosgrave Vergeer Kester LLP<br>888 SW Fifth Avenue, Suite 500<br>Portland OR 97204<br>E-mail: tbrown@cosgravelaw.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |
| Attorneys for Defendant New England Reinsurance Corporation | Attorneys for Defendant Old Republic Insurance Company |
| Damon L. Henrie<br>Henrie & Smith, LLP<br>15455 NW Greenbrier Pkwy, Suite 125<br>Beaverton OR 97006<br>E-mail: dhenrie@henriesmith.com | Karen O'Kasey<br>Hart Wagner LLP<br>1000 SW Broadway #2000<br>Portland OR 97205<br>E-mail: kok@hartwagner.com<br><br>Michael L. Duffy<br>Amy R. Paulus<br>10 S. LaSalle St<br>Chicago IL 60603<br>E-mail:<br>mduffy@clausen.com<br>apaulus@clausen.com |

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107
121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

| Attorneys for Defendant Sentry Insurance a Mutual Company (as assumptive reinsurer of Great Southwest Fire Insurance Company)<br><br>Peter Mintzer<br>Selman Breitman LLO<br>800 5th Avenue, Suite 4100<br>Seattle WA 98104<br>E-mail: pmintzer@selmanlaw.com | Attorneys for Defendant Transport Indemnity Company:<br><br>Lawrence B. Burke<br>Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue<br>Suite 2400<br>Portland OR 97201<br>E-mail: larryburke@dwt.com |
|---|---|
| Attorneys for Defendant Truck Insurance Exchange:<br><br>Jay William Beattie<br>Lindsay Hart LLP<br>1300 SW 5th Avenue #3400<br>Portland OR 97201<br>E-mail: jbeattie@lindsayhart.com | Attorneys for Twin City Fire Insurance Company:<br><br>Damon L. Henrie<br>Henrie & Smith, LLP<br>15455 NW Greenbrier Pkwy, Suite 125<br>Beaverton OR 97006<br>E-mail: dhenrie@henriesmith.com |
| Attorneys for Defendant Certain Underwriters at Lloyd's of London:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law | Attorneys for Certain London Market Insurance Companies:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

|  | Attorneys for Defendant Alba General Insurance Company Ltd:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |
|---|---|
| Attorneys for Defendant Anglo French Insurance Company Ltd.<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law | Attorneys for Defendant The Anglo Saxon Insurance Association:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |

PAGE 11 OF 18     CERTAIN INSURERS' OPPOSITION TO MOTION TO REMAND

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

| | |
|---|---|
| Attorneys for Defendant Assurance Compagniet Baltica-Skandinavia Aktieselskab<br><br>PRO SE<br><br>Assurance Compagiet Baltica-Skandinavia Aktieselskab<br>c/o Tryg A/S<br>Klausdalsbrovej<br>601 2750 Ballerup<br>DENMARK<br><br>via U.S. First Class mail, postage prepaid. | Attorneys for Defendant Baloise Fire Insurance Company Limited:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |
| Attorneys for Defendant Brittany Insurance Company:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164 | Attorneys for Defendant CX Reinsurance Company Limited (f/k/a CNA Reinsurance of London Limited):<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164 |

PAGE 12 OF 18    CERTAIN INSURERS' OPPOSITION TO MOTION TO REMAND

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

| | |
|---|---|
| E-mail: ajones@foum.law | E-mail: ajones@foum.law |
| Attorneys for Defendant The Dominion Insurance Company Limited:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law | Attorneys for Defendant Excess Insurance Company Limited:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |
| Attorneys for Defendant Fidelidade Insurance Company:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com | Attorneys for Defendant Harper Insurance Company Limited (f/k/a Turegum Insurance Company Limited):<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com |

PAGE 13 OF 18    CERTAIN INSURERS' OPPOSITION TO MOTION TO REMAND

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

| | |
|---|---|
| Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail:  ajones@foum.law | Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail:  ajones@foum.law |
| Attorneys for Defendant the London and Edinburg Insurance Company Limited:<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail:  ajones@foum.law<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail:  bakelly@duanemorris.com | Attorneys for Defendant Markel International Insurance Company (f/k/a Terra Nova Insurance Company Limited):<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail:  bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail:  ajones@foum.law |
| Attorneys for Defendant National Casualty Company of America Ltd:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower | Attorneys for Defendant River Thames Insurance Company Limited:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower |

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

| | |
|---|---|
| One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law | One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |
| Attorneys for Defendant The Royal Scottish Insurance Company Ltd<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail: jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law | Attorneys for Defendant St. Katherine Insurance Company Limited:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail: jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |
| Attorneys for Defendant Stronghold Insurance Company Limited<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail: jkahane@duanemorris.com<br>rwroten@duanemorris.com | Attorneys for Tenecom Limited (f/k/a Yasuda Fire and Marine Insurance Company (UK) Limited<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail: jkahane@duanemorris.com<br>rwroten@duanemorris.com |

PAGE 15 OF 18   CERTAIN INSURERS' OPPOSITION TO MOTION TO REMAND

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

| | |
|---|---|
| Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law | Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |
| Attorneys for Defendant Trent Insurance Company Limited:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law | Attorneys for Defendant UnionAmerica Insurance Company Limited:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |
| Attorneys for Defendant Winterthur Swiss Insurance Company:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com | Attorneys for Defendant World Auxiliary Insurance Corporation Limited:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com |

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

| | |
|---|---|
| rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law | rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |
| Attorneys for Defendant Zurich International Limited:<br><br>Jeff D. Kahane<br>Russell W. Roten<br>Duane Morris LLP<br>865 S. Figueroa St #3100<br>Los Angeles, CA 90017<br>E-mail:<br>jkahane@duanemorris.com<br>rwroten@duanemorris.com<br><br>Brian A. Kelly<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza #2200<br>San Francisco CA 94105<br>E-mail: bakelly@duanemorris.com<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law | Attorneys for Defendant John Does 1-100<br><br>Adam Jones<br>Forsberg and Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>E-mail: ajones@foum.law |
| Attorneys for Defendant Westport Insurance Corporation (as successor by merger to Employers Reinsurnace Corporation) | Attorneys for Defendant Westchester Fire Insurance Co.<br><br>Mark D. Plevin<br>Crowell & Moring<br>275 Battery Street, 23rd floor<br>San Francisco CA 94111-330<br>E-mail: mplevin@crowell.com |

PAGE 17 OF 18     CERTAIN INSURERS' OPPOSITION TO MOTION TO REMAND

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld    Doc 97    Filed 11/30/16

| | Steven P. Soha<br>Soha & Lang<br>1325 4th Avenue, Suite 2000<br>Seattle WA 98101<br>E-mail: soha@sohalang.com |
|---|---|
| Attorneys for Defendant Westchester Surplus Lines Insurance<br><br>Mark D. Plevin<br>Crowell & Moring<br>275 Battery Street, 23rd floor<br>San Francisco CA 94111-330<br>E-mail: mplevin@crowell.com<br><br>Steven P. Soha<br>Soha & Lang<br>1325 4th Avenue, Suite 2000<br>Seattle WA 98101<br>E-mail: soha@sohalang.com | Attorneys for Intervenor-Plaintiff Official Committee of Unsecured Creditors of Kaiser Gypsum Company, Inc., and Hanson Permanente Cement, Inc.<br><br>Howard M. Levine<br>Sussman Shank LLP<br>1000 'SW Broadway, Suie 1400<br>Portland OR 97205-3089<br>E-mail: hlevine@sussmanshank.com<br><br>Jeffrey Rhodes<br>Justin Lavella<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006<br>E-mail:<br>jrhodes@blankrome.com<br>jlavella@blankrome.com |
| Attorneys for Interested Party Owens Corning:<br><br>Douglas R. Pahl<br>Perkins Coie LLP<br>1120 NE Couch Street, 10th Floor<br>Portland OR 97209<br>E-mail: dpahl@perkinscoie.com<br>: | Attorneys for Interested Party Armstrong World Industries, Inc.<br><br>Brandy A. Sargent<br>Stoel Rives LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland OR 97205<br>E-mail: brandy.sargent@stoel.com<br>: |

by the following indicated method or methods on the date set forth below:

- ☑ **by CM/ECF**
- ☐ **by Electronic Mail**
- ☐ **by Facsimile Transmission**
- ☐ **by First Class Mail**
- ☐ **by Hand Delivery**
- ☐ **by Overnight Delivery**

    DATED: November 30, 2016.

                              */s/ Lou Rosenkranz*
                              Lou Rosenkranz, Legal Assistant

PAGE 18 OF 18    CERTAIN INSURERS' OPPOSITION TO MOTION TO REMAND

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0065/6819921.1

Case 16-03127-rld   Doc 97   Filed 11/30/16